Appellant, v. Stephen P. Cheesman, Respondent.— Order affirmed, with $10 costs and disbursements. All concur, except Piper, J., who dissents and votes for reversal and for denying the motion on the ground that the moving papers are insufficient to entitle the defendant to the relief sought. (Appeal from an order granting a motion for change of venue, in four automobile negligence actions.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

R. Calvin Craven, Appellant, v. Edison Tucker et al., Respondents.— Appeal dismissed, without costs upon stipulation. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

R. Calvin Craven, Appellant, v. Edison Tucker et al., Respondents.— Appeal dismissed, without costs upon stipulation. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

Lillian Holtfoth, Respondent, v. Rochester General Hospital, Appellant.— Judgment and order reversed on the law and facts, without costs of this appeal to either party, and complaint dismissed. Memorandum: We think the plaintiff failed to prove facts from which the jury could find any actionable negligence on the part of the defendant hospital. Even though there was such proof we would be required to reverse and order a new trial because of errors in the court's charge when the jury returned to the court room for instructions. However, the plaintiff having failed to establish negligence the complaint should be dismissed. All concur, except McCurn, J., who votes for reversal and for granting a new trial. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

John Holtfoth, Respondent, v. Rochester General Hospital, Appellant.— Same decision and like cause of action as in companion case of *Holtfoth* v. *Rochester Gen. Hosp.* (*ante,* p. 1018, decided herewith).

City of Corning, Respondent, v. Percy L. Carr et al., Appellants.— Appeal dismissed, without costs. Memorandum: The order denying defendants' preliminary objections to the petition in a proceeding for condemnation of property under section 4, *et seq.* of the Condemnation Law, not being a " final order," is not appealable. (Condemnation Law, § 19; *Matter of Bd. of Transp. of New York,* 272 N. Y. 52; *New York State Elec. & Gas Corp.* v. *Smith,* 269 App. Div. 725.) All concur, Taylor, P. J., not voting. (Appeal from an order denying defendants' motion to dismiss a petition in a condemnation proceeding.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *post,* p. 1043.]

In the Matter of Franklin A. Carney, Appellant, against New York State Department of Correction, by Walter B. Martin, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order dismissing a petition in a pro-